■ In the Matter of JONATHAN I. RAPOPORT, an Attorney, Respondent. [727 NYS2d 669] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ. (Filed May 30, 2001.)

■ In the Matter of JAMES D. SALAMONE, JR., an Attorney, Respondent. [727 NYS2d 921] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ. (Filed June 1, 2001.)

■ In the Matter of ROBERT J. WHITBREAD, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [727 NYS2d 673] —Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or answer the petition constitutes a default. Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ.